**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JIM HILDEBRAND, | : No. 27 MAP 2020 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court at No. 700 |
| | : MD 2019 dated February 27, 2020 |
| v. | : |
| | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**                    **DECIDED:  October 21, 2020**

**AND NOW,** this 21st day of October, 2020, the order of the Commonwealth Court is **AFFIRMED.**